

# Court of Appeals
## Sixth Appellate District of Texas

## J U D G M E N T

Nancy Elizabeth Bowman, Appellant

No. 06-14-00094-CV          v.

Jerry Davidson and Diana Davidson,
Appellees

Appeal from the 71st District Court of Harrison County, Texas (Tr. Ct. No. 13-0618).   Opinion delivered by Justice Burgess, Chief Justice Morriss and Justice Moseley participating.

        As stated in the Court's opinion of this date, we find no error in the judgment of the court below.  We affirm the judgment of the trial court.

        We further order that the appellant, Nancy Elizabeth Bowman, pay all costs of this appeal.

                                    RENDERED  JULY 1, 2015
                                    BY ORDER OF THE COURT
                                    JOSH R. MORRISS, III
                                    CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk